FILED
06 SEP -1 AM 10:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINKLERFITTERS UNION LOCAL 709, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMPLEX GRINNELL, LP; GRINNELL SIMPLEX FIRE PROTECTION; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 06cv062 BTM (LSP)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISQUALIFY (Doc. # 15-1)** |

For the reasons set forth on the record, the Defendants' motion to disqualify the Plaintiffs' counsel is denied without prejudice. Plaintiffs may file an amended complaint in the above-captioned matter **on or before September 8, 2006.**

**IT IS SO ORDERED.**

Dated: 8/30/06

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

cc: all parties and counsel of record
Magistrate Judge Papas